UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

FRANCES ESPINOSA          :    No. 19-15114
                          :
                          :
              Debtors     :    Chapter 13

CERTIFICATION OF SERVICE

I, Albert J. Scarafone, Jr., hereby certify that a true and correct copy of the Debtor's Chapter 13 Plan was served upon the chapter 13 trustee, all priority creditors, all secured creditors, all creditors who filed request for notice under Fed. R. Bankr. P. 2002 and any separately classified creditors whose interests are materially affected by the amendments in the plan by electronic means or by first class mail, postage prepaid from the addresses listed on the Claims Register on August 14, 2019.

/s/ Albert J. Scarafone, Esquire
Albert J. Scarafone, Esq.
Hill, Friedland & Scarafone
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372
(610) 275-4000