# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 19-15114-ELF

FRANCES  ESPINOSA

823 ROSLYN AVENUE

GLENSIDE, PA 19038-

       Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    FRANCES  ESPINOSA

    823 ROSLYN AVENUE

    GLENSIDE, PA 19038-

Counsel for debtor(s), by electronic notice only.

    ALBERT J SCARAFONE JR ESQUIRE
    1717 SWEDE RD
    SUITE 200
    BLUE BELL, PA 19422

                       /S/ William C. Miller

Date: 9/26/2019                 _____

                       William C. Miller, Esquire
                       Chapter 13 Standing Trustee