

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA


IN PROCEEDINGS:

1915114


DEBTOR(S):

FRANCES ESPINOSA


WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 1 IN THE AMOUNT OF $928.49


CREDITOR'S SIGNATURE:

/s/ Stacie Rhoades


CREDITOR CONTACT INFO:

PYOD, LLC

Resurgent Capital Services

PO Box 19008

Greenville, SC 29602

(877) 264-5884


DATE:

12/12/2019