**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

| | | |
|---|---|---|
| Frances Espinosa | ) | Chapter 13 |
| | ) | |
| | ) | 19-15114 ELF |

**ORDER APPROVING COUNSEL FEE**

**AND NOW**, this 16th day of January, 2020, upon consideration of the Application of Albert J Scarafone, Esquire for Compensation (the "Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

**ORDERED** that the Application is approved in the amount of $4,000.00 and that the balance as stated in the Application, in the amount of $3,000.00, shall be paid to Debtor's counsel as an administrative expense to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**