# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-15114-ELF

FRANCES  ESPINOSA

823 ROSLYN AVENUE

GLENSIDE, PA 19038-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

FRANCES  ESPINOSA

823 ROSLYN AVENUE

GLENSIDE, PA 19038-

Counsel for debtor(s), by electronic notice only.

ALBERT J SCARAFONE JR ESQUIRE
1717 SWEDE RD
SUITE 200
BLUE BELL, PA 19422

Date: 7/16/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee