IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: FRANCES ESPINOSA ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC. ) | CASE NO. 19-15114 (ELF) |
| dba CHRYSLER CAPITAL ) | |
| **Moving Party** ) | HEARING DATE: **7-21-20 at 9:30 AM** |
| ) | |
| v. ) | |
| ) | 11 U.S.C. 362 |
| FRANCES ESPINOSA ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY **ORDERED** that the Stipulation between Santander Consumer USA Inc. dba Chrysler Capital and the Debtor in settlement of the Motion For Stay Relief, and filed on or about August 18, 2020 (Doc. # 52) in the above matter is **APPROVED**.

Dated:  8/19/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**