United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-15114-elf
Frances Espinosa                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2       User: ChrissyW            Page 1 of 1              Date Rcvd: Aug 21, 2020
                           Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2020.
db              Frances Espinosa,    823 Roslyn Avenue,    Glenside, PA   19038-3806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2020 at the address(es) listed below:
              ALBERT J. SCARAFONE, JR.    on behalf of Debtor Frances  Espinosa scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: FRANCES ESPINOSA )<br>**Debtor(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC. )<br>dba CHRYSLER CAPITAL )<br>**Moving Party** ) | CASE NO. 19-15114 (ELF)<br><br>HEARING DATE: **7-21-20 at 9:30 AM** |
| ) | |
| v. ) | |
| ) | 11 U.S.C. 362 |
| FRANCES ESPINOSA )<br>**Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER )<br>**Trustee** ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY **ORDERED** that the Stipulation between Santander Consumer USA Inc. dba Chrysler Capital and the Debtor in settlement of the Motion For Stay Relief, and filed on or about August 18, 2020 (Doc. # 52) in the above matter is **APPROVED**.

Dated:  8/19/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**