UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Frances Espinosa | : | No. 19-15114 ELF |
| | : | |
| | : | |
| Debtor | : | Chapter 13 |

**PRAECIPE TO WITHDRAW**

To the Clerk:

Kindly withdraw Debtor's Objection to Certification of Default; docket number 69.

/s/ Albert J. Scarafone

Albert J. Scarafone

Hill, Friedland & Scarafone

Attorney for Debtor

1717 Swede Road, Suite 200

Blue Bell, PA 19422-3372