IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: FRANCES ESPINOSA<br>**Debtor(s)** | CHAPTER 13 |
| SANTANDER CONSUMER USA INC.<br>dba CHRYSLER CAPITAL<br>**Moving Party** | CASE NO. 19-15114 (ELF) |
| v. | 11 U.S.C. 362 |
| FRANCES ESPINOSA<br>**Respondent(s)** | |
| WILLIAM C. MILLER<br>**Trustee** | |

## ORDER MODIFYING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by Santander Consumer USA, Inc. dba Chrysler Capital, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's in rem rights in the personal property described as a **2018 Jeep Compass** bearing vehicle identification number 3C4NJDBB8JT454221 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: 7/13/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**