# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Frances Espinosa
                 Debtor(s)

Lakeview Loan Servicing, LLC as serviced by Community Loan Servicing, LLC
                 v.
Frances Espinosa
                 and
Kenneth E. West
                 Trustee

Chapter 13

NO. 19-15114 ELF

## ORDER

AND NOW, this 25th day of January, 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on August 27, 2020 it is ORDERED that the automatic stay under 11 U.S.C. Sections 362 and 1301 is modified to allow Lakeview Loan Servicing, LLC as serviced by Community Loan Servicing, LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 823 Roslyn Ave Glenside, PA 19038.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**