


**Pay by mail:**
Flagstar Bank • PO Box 660263
Dallas, TX 75266-0263

» ANNUAL ESCROW STATEMENT

| | |
|---|---|
| **Loan Number** | |
| **Property Address:** | 823 Roslyn Avenue |
| **Escrow Analysis Date:** | 10/27/2020 |
| **New Payment:** | $2,439.70 |
| **New Payment Effective Date:** | 01/01/2021 |

FRANCES ESPINOSA
823 ROSLYN AVENUE
GLENSIDE PA 19038



**Pay by website:**
flagstar.com/myloans

**Customer service:**
(800) 968-7700
Monday-Friday 7:30 a.m.-8 p.m., ET
Saturday 7:30 a.m.-4 p.m., ET

Dear Frances Espinosa,

Each year Flagstar Bank reviews your escrow account to ensure the correct amounts are being collected to pay your property taxes and homeowner's insurance. In reviewing your escrow account, we found **you paid an extra $5,088.80.**

### Quick breakdown of your Escrow review

| | |
|---|---|
| Required Escrow Balance | $3,157.06 |
| Current Escrow Balance* | $2,355.95 |
| **You have a surplus of** | **$5,088.80** |

*Based on all payments and disbursements due being made prior to the new payment effective date.
For more escrow related information, please reference your Bankruptcy documents filed with the court.

## Review Your Payment

| Old Mortgage Payment | | New Mortgage Payment | |
|---|---|---|---|
| Principal & Interest | $1,607.65 | Principal & Interest | $1,607.65 |
| Escrow | $783.25 | Escrow | $832.05 |
| **Monthly Mortgage Payment** | **$2,390.90** | **New Monthly Mortgage Payment** | **$2,439.70** |

Your new monthly payment is effective January 01, 2021.

## How Your Escrow Payment Is Calculated

Your new monthly escrow payment is calculated by adding all of your disbursements then dividing this figure by 12 months, which equals $832.05.

| | | | |
|---|---|---|---|
| Mortgage Insurance | $2,407.56 | /12= | $200.63 |
| Taxes | $1,764.00 | /12= | $147.00 |
| Taxes | $4,010.00 | /12= | $334.17 |
| Insurance | $1,803.00 | /12= | $150.25 |
| **Escrow Payment** | | | **$832.05** |

## Determining Your Escrow Surplus

As allowed by the Real Estate Settlement Procedures Act (RESPA), your mortgage documents, or state law, the escrow balance should not go below two months' tax and insurance payments, which is a minimum balance of $1,262.84.

Your projected escrow balance in September is expected to be $461.73.

| | |
|---|---|
| Required Minimum Balance: | $1,262.84 |
| Projected Balance: | $461.73 |
| **Escrow Surplus** | **$5,088.80** |

If your loan is contractually current, your refund check has been mailed under separate cover. If your loan is past due, a check representing the surplus in your escrow account will be issued when your loan has been paid current.

Equal Housing Lender   Member FDIC

This space has been left blank intentionally.

## Important Information

If you have auto debit for your mortgage payment and have an additional principal amount included, the principal amount will not change but will be added to your new payment amount. To change your monthly principal amount, please submit a signed written request to our Auto Debit Department at: Fax: (888) 548-0528, or Mail: Flagstar Bank, Auto Debit Department, Mail Stop E-115-3, 5151 Corporate Drive, Troy MI 48098

## Review Your Upcoming Escrow Account Activity (01/01/21 to 12/01/21)

The items below reflect the payments we expect to receive each month for your escrow account and the payments we expect to make on your behalf for your real estate taxes and/or insurance premiums.

| Month | Item Description | Payment to Escrow | Payment from Escrow | Expected Balance | Required Balance |
|---|---|---|---|---|---|
|  | Beginning Balance |  |  | $2,355.95 | $3,157.06 |
| 01/21 | Mortgage Insurance | $832.05 | -$200.63 | $2,987.37 | $3,788.48 |
| 02/21 | Mortgage Insurance | $832.05 | -$200.63 | $3,618.79 | $4,419.90 |
| 03/21 | Mortgage Insurance | $832.05 | -$200.63 | $4,250.21 | $5,051.32 |
| 03/21 | Taxes | $0.00 | -$1,764.00 | $2,486.21 | $3,287.32 |
| 04/21 | Mortgage Insurance | $832.05 | -$200.63 | $3,117.63 | $3,918.74 |
| 05/21 | Mortgage Insurance | $832.05 | -$200.63 | $3,749.05 | $4,550.16 |
| 06/21 | Mortgage Insurance | $832.05 | -$200.63 | $4,380.47 | $5,181.58 |
| 07/21 | Mortgage Insurance | $832.05 | -$200.63 | $5,011.89 | $5,813.00 |
| 08/21 | Mortgage Insurance | $832.05 | -$200.63 | $5,643.31 | $6,444.42 |
| 08/21 | Taxes | $0.00 | -$4,010.00 | $1,633.31 | $2,434.42 |
| 09/21 | Mortgage Insurance | $832.05 | -$200.63 | $2,264.73 | $3,065.84 |
| 09/21 | Insurance | $0.00 | -$1,803.00 | $461.73 | $1,262.84 |
| 10/21 | Mortgage Insurance | $832.05 | -$200.63 | $1,093.15 | $1,894.26 |
| 11/21 | Mortgage Insurance | $832.05 | -$200.63 | $1,724.57 | $2,525.68 |
| 12/21 | Mortgage Insurance | $832.05 | -$200.63 | $2,355.99 | $3,157.10 |
|  | Total | $9,984.60 | -$9,984.56 |  |  |

## Review Your Escrow Account History (01/01/20 to 12/31/20)

The items below reflect the expected activity last year and compare it with the actual payments received and disbursements made.

Last year, we anticipated that payments from your account would be made during this period equaling $9,337.28. Under federal law, your lowest monthly balance should not have exceeded $1,148.32 or two (2) months of anticipated payments from your escrow account, unless your mortgage documents or state law specifies a lower amount. Your actual lowest monthly balance was -$14,333.83.

| Month | Item Description | PROJECTED Payment to Escrow | PROJECTED Payment from Escrow | PROJECTED Escrow Running Balance | ACTUAL Payment to Escrow | ACTUAL Payment from Escrow | ACTUAL Escrow Running Balance |
|---|---|---|---|---|---|---|---|
| **Beginning Balance** |  |  |  | $2,870.88 |  |  | -$4,921.37 |
| January | Mortgage Insurance | $778.10 | $203.94 | $3,445.04 | $0.00 | $0.00 | -$4,921.37 |
| January | Mortgage Insurance | $0.00 | $0.00 | $3,445.04 | $0.00 | $203.94 | -$5,125.31 |
| February | Mortgage Insurance | $778.10 | $203.94 | $4,019.20 | $0.00 | $0.00 | -$5,125.31 |
| February | Mortgage Insurance | $0.00 | $0.00 | $4,019.20 | $0.00 | $203.94 | -$5,329.25 |
| March | Mortgage Insurance | $778.10 | $203.94 | $4,593.36 | $0.00 | $0.00 | -$5,329.25 |
| March | Taxes | $0.00 | $1,723.00 | $2,870.36 | $0.00 | $1,764.00 | -$7,093.25 |
| March | Mortgage Insurance | $0.00 | $0.00 | $2,870.36 | $0.00 | $203.94 | -$7,297.19 |
| April | Mortgage Insurance | $778.10 | $203.94 | $3,444.52 | $0.00 | $0.00 | -$7,297.19 |
| April | Mortgage Insurance | $0.00 | $0.00 | $3,444.52 | $0.00 | $203.94 | -$7,501.13 |
| May | Mortgage Insurance | $778.10 | $203.94 | $4,018.68 | $0.00 | $0.00 | -$7,501.13 |
| May | Mortgage Insurance | $0.00 | $0.00 | $4,018.68 | $0.00 | $203.94 | -$7,705.07 |
| June | Mortgage Insurance | $778.10 | $203.94 | $4,592.84 | $0.00 | $0.00 | -$7,705.07 |
| June | Mortgage Insurance | $0.00 | $0.00 | $4,592.84 | $0.00 | $203.94 | -$7,909.01 |
| July | Cartage Insurance | $778.10 | $203.94 | $5,167.00 | $0.00 | $0.00 | -$7,909.01 |
| July | Mortgage Insurance | $0.00 | $0.00 | $5,167.00 | $0.00 | $203.94 | -$8,112.95 |
| August | Mortgage Insurance | $778.10 | $203.94 | $5,741.16 | $0.00 | $0.00 | -$8,112.95 |
| August | Taxes | $0.00 | $4,009.00 | $1,732.16 | $0.00 | $4,010.00 | -$12,122.95 |
| August | Mortgage Insurance | $0.00 | $0.00 | $1,732.16 | $0.00 | $203.94 | -$12,326.89 |
| August | Mortgage Insurance | $0.00 | $0.00 | $1,732.16 | $0.00 | $203.94 | -$12,530.83 |
| August | Insurance | $0.00 | $0.00 | $1,732.16 | $0.00 | $1,803.00 | -$14,333.83 |
| September | Mortgage Insurance | $778.10 | $203.94 | $2,306.32 | $0.00 | $0.00 | -$14,333.83 |
| September | Insurance | $0.00 | $1,158.00 | $1,148.32 | $0.00 | $0.00 | -$14,333.83 |



» ANNUAL ESCROW STATEMENT continued



**Property Address:** 823 Roslyn Avenue



FRANCES ESPINOSA
823 ROSLYN AVENUE
GLENSIDE PA 19038

## Review Your Escrow Account History (01/01/20 to 12/31/20) Continued

| Month | Item Description | PROJECTED | | | ACTUAL | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Payment to Escrow | Payment from Escrow | Escrow Running Balance | Payment to Escrow | Payment from Escrow | Escrow Running Balance |
| October | Mortgage Insurance | $778.10 @ | $203.94 @ | $1,722.48 | $15,738.78 | $203.94 | $1,201.01 |
| November | Mortgage Insurance | $778.10 @ | $203.94 @ | $2,296.64 | $778.10 | $200.63 | $1,778.48 |
| December | Mortgage Insurance | $778.10 @ | $203.94 @ | $2,870.80 | $778.10 | $200.63 | $2,355.95 |
| Total | | $9,337.20 | $9,337.28 | | $17,294.98 | $10,017.66 | |

The item indicated in red is the difference from a previous estimate either in date or the amount. An @ symbol indicates a scheduled payment to or from your escrow account which has not been made. Enclosed you will find a guide and answers to frequently asked questions to further assist you with understanding your escrow account and the terms in this statement.

If you have any questions, visit flagstar.com to chat directly with a support agent or call us at (800) 968-7700.

Questions with regard to a change in your tax payment should be directed to your taxing authority and changes in your insurance premium should be directed to your insurance agent.

» ANNUAL ESCROW STATEMENT GUIDE

# Get to know your escrow statement.

We want this statement to be a useful mortgage management tool that offers you the opportunity to easily understand information about the **escrow account.** This guide outlines the details provided on the statement, explains the items that may appear, and defines the terms that are used.

## How to read the statement:

**A** **Loan Information**
This section provides the new payment amounts and the date when the new payment is effective.

**B** **Payment Options and Contact Information**
We offer several convenient methods to make the payments.

**C** **Explanation of Escrow Analysis**
Summarizes the results of the annual escrow analysis and explains the change(s) to the tax and/or insurance premiums and the effect it will have on the monthly mortgage payment.

**D** **Review the Payment**
This section explains exactly how the old and new monthly payments are broken down for principal, interest, and escrow amounts.

**E** **How the Escrow Payment is Calculated**
Provides the calculation used to determine the monthly escrow payment.

**F** **How the Escrow Surplus is Calculated**
This section shows how to determine the escrow shortage/surplus, and the minimum balance required in the escrow account at all times.

**G** **Escrow Surplus Check**
If the loan is current at the time of the analysis, a check representing the escrow surplus will be attached to the escrow statement. If there is a minor surplus, instead of issuing a refund check, the funds will be deducted from the monthly payment(s).

**H** **Important Information**
Special messages or announcements about the account are shown here. Also, details on the necessary action to take if the payment is set up through an automatic method will be provided here.

**I** **Upcoming Escrow Activity**
This is the expected payments to and disbursements from the escrow account. The expected payments are based off of the actual amounts paid the prior year. The minimum balance will be noted with an asterisk ( * ).

**J** **Escrow Account History**
This section will show you the actual payments into, and disbursements out of the escrow account for the last analysis period. This information can be helpful to you when determining changes with the escrowed items that caused a change to the payment.



flagstar.com/MyLoans | (800) 968-7700
01142016/SUR

EQUAL HOUSING LENDER   Member FDIC

» ESCROW STATEMENT FAQS

### What is an escrow analysis?
An escrow analysis is a review of your escrow account to determine if the current monthly escrow payment is enough to pay taxes, insurance, and other bills when due. Escrow analyses are typically run annually based on the property tax payment cycle. Occasionally, the payment of taxes or insurance causes the escrow account to reach a negative balance, and it may be necessary to perform more than one analysis during the year.

### Can I waive my escrow account?
Escrow accounts are required and cannot be waived on FHA (Federal Housing Administration), GRH (Guaranteed Rural Housing) or VA (Veteran Affairs) loans.

Escrow accounts on other types of loans, such as Fannie Mae or Freddie Mac loans, may be waived if certain conditions are met. Some basic conditions to determine eligibility for escrow waivers are:

- The loan-to-value ratio of your loan must be 80 percent or less.
- There have not been any payments over 30 days late in the last 12 months.
- Loan is not in a Special Flood Hazard Area (SFHA).
- The loan cannot be in foreclosure, bankruptcy or loss mitigation.

**Note:** If all conditions are met on a loan with required flood insurance, all escrows may be waived with the exception of the flood insurance. Other conditions and requirements may apply; however, if the above conditions are met, please download the Escrow Waiver Request Form from flagstar.com/MyLoans, complete it, and fax or mail it as directed.

Please note that an escrow waiver fee equal to 0.25 percent of the current principal balance or $150, whichever is greater, is charged. This fee will be charged unless not permitted by applicable state law.

### Why do I have an escrow surplus?
A surplus is typically caused by a decrease in tax or insurance payments, but a surplus can also occur when too much has been collected for the escrow account in the previous year or at closing. It is possible to have a surplus, even if tax and insurance amounts have increased over the past year. When this occurs, the monthly escrow payment may still be increased to ensure there are enough funds to pay the increased taxes and insurance.

Note: If there is a minor surplus, instead of issuing a refund, the funds are used to reduce the monthly payment(s). The surplus is divided by the number of months starting with the "new payment due date" and ending after the month of the "low point" in the escrow account. The new escrow payment is reduced for this number of payments. Please refer to the Escrow Statement to determine if the surplus was retained in the escrow account.

### Can you apply my surplus to my loan?
We refund escrow surpluses to the borrowers. Borrowers may cash their surplus check and use the funds in any manner they choose, including applying it to their loans.

### When will I receive my escrow surplus check?
If the loan is current, the surplus check will be mailed 7 – 10 business days from when it was processed. If the loan is past due, a surplus refund check will be disbursed when the loan is current.

If you are in bankruptcy and the account is contractually current, the refund check will be mailed separately 7 – 10 days from when it was processed. However, if the account is past due, the escrow surplus check will be disbursed when the account is current.

### Why didn't I receive my escrow surplus check?
If the loan was past due at the time the escrow analysis was performed, the escrow surplus check will be disbursed when the loan becomes current. If you have not received the escrow surplus check after you have brought the loan current, please contact the Customer Service Department.

### What if my surplus check was lost or stolen?
If you lost the surplus check after receiving it or it was stolen, please contact the Customer Service Department so we can place a stop payment on the check and reissue.

### Whom do I contact to update my loan with the correct tax amounts information?
Since we may already receive the tax information from the taxing authority, please call the Customer Service Department to discuss the information we may need from you.

### My insurance carrier has changed. What do I do?
Please call the Insurance Department at (833) 811-3061. Representatives are available Monday - Friday 7:30 a.m.-8 p.m. ET.

**Please refer to flagstar.com/MyLoans for a full list of Escrow FAQs.**