# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Frances Espinosa<br>**Debtor(s)** | BK NO. 19-15114 ELF<br><br>Chapter 13 |
| Lakeview Loan Servicing, LLC<br>**Movant**<br>vs. | Related to Claim No. *Claim 6-1 |
| Frances Espinosa<br>**Debtor(s)** | |

**William C. Miller Esq.**,
**Trustee**

## CERTIFICATE OF SERVICE OF
## NOTICE OF PAYMENT CHANGE

I, Rebecca A. Solarz, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on 12/08/2020, I caused to be served the above captioned pleading on the parties at the addresses shown below:

Debtor(s)
Frances Espinosa
823 Roslyn Avenue
Glenside, PA 19038-3806
VIA Regular Mail

Attorney for Debtor(s)
Albert J. Scarafone, Jr. Esq.
1717 Swede Street (VIA ECF)
Suite 200
Blue Bell, PA 19422-3372
VIA ECF

Trustee
William C. Miller Esq.
 P.O. Box 1229
Philadelphia, PA 19105
VIA ECF

Dated:

/s/ Rebecca A. Solarz, Esquire

Phone: (215) 825-6327
Email: bkgroup@kmllawgroup.com